# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Thrivent Financial for Lutherans, ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| Tandy Walsh & The Estate of Robert L. ) | |
| Walsh, ) | |
| ) | Case No. 4:09-cv-074 |
| Defendants. ) | |

Before the court is Defendant Tandy Walsh's motion for attorney Gregory A. Lee to appear *pro hac vice* on her behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Gregory A. Lee has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, Defendant Tandy K. Walsh's motion (Docket No. 8) is **GRANTED**. Attorney Gregory A. Lee is admitted to practice before this court in the above-entitled action on behalf Defendant Tandy Walsh.

**IT IS SO ORDERED.**

Dated this 21st day of January, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge